**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PEDRO REARTES,**

                        **Plaintiff,**

**-vs-**                                               **Case No.  6:06-cv-600-Orl-22DAB**

**MRW MAINTENANCE, INC., and**
**AUGUSTO A. ST. ROSE,**

                        **Defendants.**
_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 24) filed on November 13, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Court strike the Answer of the Defendants and enter a default for abandoning the defense of the claim.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

 Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed November 13, 2006 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Defendants Answer (Doc. No. 9) is hereby **STRICKEN**.

3.      The Clerk is directed to enter a **DEFAULT** against the Defendants.

4.       No later than **January 4, 2007** Plaintiff shall file his Motion for Default Judgment, along with a Memorandum of Law, and supporting affidavits.  Further Plaintiff shall serve the documents on Defendants.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 5, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party